No. 76–5006. McCALL v. NORTH CAROLINA; and

No. 76–5208. McKENNA v. NORTH CAROLINA. Sup. Ct. N. C. Motions for leave to proceed *in forma pauperis* and certiorari granted. Judgments vacated insofar as they leave undisturbed the death penalty imposed, and cases remanded for further proceedings. *Woodson* v. *North Carolina,* 428 U. S. 280 (1976).

No. A–301. ENOMOTO, CORRECTIONS DIRECTOR, ET AL. v. WRIGHT ET AL. Application for stay of execution and enforcement of judgment of the United States District Court for the Northern District of California, entered September 30, 1976, presented to MR. JUSTICE REHNQUIST, and by him referred to the Court, granted.